IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROSSEL CARDONA, *et al*, on behalf of themselves and other persons similarly situated, Plaintiffs, | Case No.: 17-cv-11665 |
| vs. | JUDGE SUSIE MORGAN |
| GIMAC DIVISION INC, *et al*, Defendants. | MAG. JUDGE JOSEPH WILKINSON |

## ORDER

Considering the parties Joint Motion to Dismiss;

**IT IS ORDERED** that the motion is **GRANTED** and Plaintiffs' claims are dismissed WITH PREJUDICE.

**New Orleans, Louisiana, this 25th day of March, 2019.**

*Susie Morgan*
**HONORABLE SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**